# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Marc Pierre Hall,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                      3:07-cv-438

USA,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 16, 2007 Order.

**Signed: October 17, 2007**

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court